IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHIRLEY A. MARSHALL, F/K/A
SHIRLEY A. MILLIKEN                                                                                    PLAINTIFF

V.                                          CASE NO. 3:09CV00060 JMM

STATE FARM FIRE & CASUALTY CO.                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this  8  day of April, 2010.

_____
James M. Moody
United States District Judge